## Wauson ♦ Probus
A Professional Corporation
ATTORNEYS AT LAW

ONE SUGAR CREEK CENTER BLVD., SUITE 880
SUGAR LAND, TEXAS 77478
281-242-0303 - Telephone
281-242-0306 - Telecopier

JOHN WESLEY WAUSON
jwwauson@w-plaw.com
BOARD CERTIFIED, Civil Trial Law
Texas Board of Legal Specialization

MATTHEW B. PROBUS
mbprobus@w-plaw.com
Also licensed in the Commonwealth
of Massachusetts

March 13, 2014

*Via Email at Pamrea@pamrealaw.com*
Pam Rea
The Pam Rea Law Firm, pllc
Houston Design Center
7026 Old Katy Rd, Ste 258
Houston, TX 77024

Re:   *In re Ronald A. Charles,* Case No. 14-30906-H5-7; In the United States Bankruptcy Court for the Southern District of Texas, Houston Division; Demand for Turnover of Property.

Dear Ms. Rea:

I am counsel to the Chapter 7 Debtor Ronald Alan Charles in his Chapter 7 bankruptcy case. It is my understanding that you have in your possession, custody or control certain computer equipment with data on it that Dr. Charles needs for administration of his Chapter 7 bankruptcy case. The computers have data relating to the operations and finances of EliteER, PLLC, which as you know is an entity the shares of which Dr. Charles owns. Dr. Charles' meeting of creditors is scheduled for March 20, 2014, and I anticipate that the Chapter 7 Trustee, Lowell T. Cage, will ask for this information in order to assess the value of Dr. Charles' interest in that entity. In addition, it is my understanding that the computer has the contract doctor information needed for EliteER to send out its 1099s. Dr. Charles bears potential responsibility if those 1099s are not sent. Finally, Dr. Charles finds himself unable to complete his federal income tax returns for 2012 and 2013 without the EliteER data base.

This letter will serve as the Debtor's demand pursuant to 11 U.S.C. § 542 for turnover of the computer equipment. Please contact my office immediately to make arrangements for the delivery of the property.

I hope to hear from you soon, as Dr. Charles will have to decide quickly whether a filing is necessary.

Pam Rea
Page 2

       I look forward to working with you in this matter.

                                 Very truly yours,

                                 WAUSON ♦ PROBUS

                                 Matthew B. Probus
                                 For the Firm

cc:    Dr. Ronald Charles, MD
        Lowell T. Cage, Chapter 7 Trustee
        Theresa Mobley, Counsel for Chapter 7 Trustee