# Wauson ◆ Probus
A Professional Corporation
ATTORNEYS AT LAW

ONE SUGAR CREEK CENTER BLVD., SUITE 880
SUGAR LAND, TEXAS 77478
281-242-0303 - Telephone
281-242-0306 - Telecopier

JOHN WESLEY WAUSON
jwwauson@w-plaw.com
BOARD CERTIFIED, Civil Trial Law
Texas Board of Legal Specialization

MATTHEW B. PROBUS
mbprobus@w-plaw.com
Also licensed in the Commonwealth
of Massachusetts

March 18, 2014

*Via Email at tom@skerl.com*
Tom Skerl d/b/a KT6 Algorithmics, LLC
11767 Katy Freeway, Suite 812
Houston, TX 77079

Re: *In re Ronald A. Charles*, Case No. 14-30906-H5-7; In the United States Bankruptcy Court for the Southern District of Texas, Houston Division; Demand for Turnover of Property.

Dear Mr. Skerl:

I am counsel to the Chapter 7 Debtor Ronald Alan Charles in his Chapter 7 bankruptcy case. It is my understanding from an email I received from Pam Rea and from a direct conversation I had with a Mr. Tim Helm of her law office that you have in your possession, custody or control certain computer equipment with data on it that Dr. Charles needs for administration of his Chapter 7 bankruptcy case. The computer equipment consists of two (2) laptops. You can best identify them from Invoice #81206 that you sent to your client, Law Office of Pam Rea, Attention Tim Helm, dated February 27, 2014. These computers have data relating to the operations and finances of Elite ER, PLLC, the shares of which are owned by Dr. Charles. Dr. Charles' meeting of creditors in his bankruptcy case is scheduled for March 20, 2014, and I anticipate that the Chapter 7 Trustee, Lowell T. Cage, will ask for this information in order to assess the value of Dr. Charles' interest in that entity. In addition, it is my understanding that the computer has the contract doctor information needed for Elite ER to send out its 1099's. Dr. Charles bears potential responsibility if those 1099's are not sent. Finally, Dr. Charles finds himself unable to complete his federal income tax returns for the tax years 2012 and 2013 without the Elite ER databases.

This letter will serve as the Debtor's demand pursuant to 11 U.S.C. § 542 for turnover of the computer equipment. Please contact my office immediately to make arrangements for the delivery of this property.

Exhibit "C"

Tom Skerl d/b/a KT6 Algorithmics, LLC
Page 2

 

I hope to hear from you soon, as Dr. Charles will have to decide quickly whether a filing in the bankruptcy court is necessary for seeking an order directing the return of the equipment.

I look forward to working with you towards a quick resolution of this matter.

                    Very truly yours,

                    WATSON + PROBUS

                    Matthew B. Probus
                    For the Firm

cc:    Dr. Ronald Charles, MD
       Lowell T. Cage, Chapter 7 Trustee
       Theresa Mobley, Counsel for Chapter 7 Trustee