# CAGE, HILL & NIEHAUS, L.L.P.

ATTORNEYS AT LAW

LOWELL T. CAGE
JOSEPH M. HILL *†
RONALD R. NIEHAUS
MICHAEL DUNCAN **
THERESA D. MOBLEY
TIMOTHY L. WENTWORTH
VIANEY GARZA
MAGDALAINE EBEADE

5851 SAN FELIPE, SUITE 950
HOUSTON, TEXAS 77057
TELEPHONE: (713) 789-0500
TELECOPIER: (713) 974-0344
E-MAIL: cagehill@cagehill.com

*BOARD CERTIFIED-BUSINESS BANKRUPTCY LAW
TEXAS BOARD OF LEGAL SPECIALIZATION
†BOARD CERTIFIED-BUSINESS BANKRUPTCY LAW
AMERICAN BOARD OF CERTIFICATION
**BOARD CERTIFIED-CIVIL TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION AND
NATIONAL BOARD OF TRIAL ADVOCACY

VIA CMRRR

May 6, 2014

Tom Skerl d/b/a KT6 Algorithmics LLC
11767 Katy Freeway, Suite 812
Houston, Texas   77079

Certified Article Number
7196 9008 9111 8286 2402
SENDERS RECORD

Re:   Case No. 14-30906-H5-7, *In re Ronald A. Charles,* pending in the United States Bankruptcy Court for the Southern District of Texas

Dear Mr. Skerl:

On February 14, 2014, Mr. Charles filed a voluntary chapter 7 bankruptcy proceeding in the U.S. Bankruptcy Court. A copy of the notice of commencement of bankruptcy case is enclosed. Subsequently, Mr. Lowell T. Cage was appointed as trustee in Mr. Charles' chapter 7 case. This law firm represents Mr. Cage as trustee.

In his administration of Mr. Charles' bankruptcy estate, the trustee requires turnover of all records and computer equipment by the debtor and/or agents of the debtor. The trustee has been informed that you have possession of certain computer equipment with data on it which is relevant to the trustee's administration of the bankruptcy estate. Since the computer equipment became property of Mr. Charles' bankruptcy estate upon commencement of his bankruptcy proceeding you are required to immediately turn it over to the trustee.

This letter shall serve as the trustee's demand pursuant to 11 U.S.C. § 542 for turnover of the computer equipment. Please contact the undersigned counsel for the trustee by no later than Monday, May 12, 2014, 5:00 p.m. to schedule a date and time for the computer equipment to be picked up at your office. If you do not immediately schedule a pick-up date and time for the computer equipment then the trustee will file a turnover action against you with the Bankruptcy Court in Mr. Charles' bankruptcy case.

If you have any questions about this matter or Mr. Charles' bankruptcy case, you may contact the trustee's undersigned counsel at 713-789-3597

CAGE, HILL & NIEHAUS L.L.P.

*[signature]*

Theresa Mobley, Counsel for Lowell T. Cage
Chapter 7 Trustee

Exhibit "E"