

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
SOUTHERN DIVISION

ENTERED
10/22/2014

| IN RE: | § | |
|---|---|---|
| | § | |
| RONALD ALAN CHARLES | § | CASE NO. 14-30906-H5-7 |
| | § | (Chapter 7) |
| Debtor | § | |

## ORDER

CAME ON FOR HEARING the Emergency Motion to Dissolve Turnover Order and Civil Contempt Order filed by Tom Skerl d/b/a KT6 Algorithmics LLC (:\"Skerl"), and this Court having heard the evidence presented and the argument of counsel for Skerl, the Debtor and the Trustee, and after considering the stipulations of the parties finds as follows:

1. The Samsung Laptop 700A Notebook, Model No. NP700Z5C, Silver color, Serial No. HY2U91DC903635N shall be turned over immediately after this proceeding in Courtroom 403 to Theresa Mobley.

2. Counsel for Skerl, the Debtor, and the Trustee have signed the attached receipt showing delivery of the Samsung Laptop computer to counsel for the Trustee.

3. Skerl shall copy one forensic image of the ~~missing~~ laptop computer on to an external hard drive and shall copy one forensic image of the Samsung Laptop computer on to an external hard drive and deliver both hard drives to counsel for the Debtor, Mr. Matt Probus, Wauson * Probus, Comerica Bank Building, One Sugar Creek Center Blvd., Suite 880, Sugar Land, Texas 77498 by no later than Friday, October 24, ~~2012~~ 2014, at 5:00 p.m.

4. This Court's Civil Contempt Order entered On October 8, 2014, (Doc. No. 49) is Vacated subject to payment of sanction ~~hereby dissolved~~ and the United States Marshall Service is ordered to release Skerl from its custody.

5. Counsel for the Debtor and the Trustee shall file their applications requesting payment of compensation in this matter within 10 days from the date of entry of this Order.

6. Skerl shall thereafter have five days from the date of filing of counsels' applications requesting payment of compensation to request a hearing thereon by this Court.

SIGNED this 10·22·14

HONORABLE KAREN BROWN
UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND ENTRY REQUESTED;

ANNE K. RITCHIE
TBN 00794532
4001 N. Shepherd, Suite 110
Houston, Texas 77018
Counsel for TOM SKERL
d/b/a/ KT6 ALGORITHMICS

MATTHEW B. PROBUS
TBN 16341200
WAUSON * PROBUS
Comerica Bank Building
One Sugar Creek Center Blvd., Suite 880
Sugar Land, Texas 77498

THERESA MOBLEY
TBN 14238600
CAGE HILL & NIEHAUS LLP
5851 San Felipe, Suite 950
Houston, Texas 77057
COUNSEL FOR LOWELL T. CAGE, TRUSTEE